IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Plaintiff,

vs.

SHARON BROWN, and DOES 1 through 10, inclusive,

      Defendants.

No. 2:13-cv-765-JAM-EFB PS

ORDER

On May 15, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 15, 2013, are ADOPTED; and

////

////

1

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Placer.

DATED: June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE